## (February 28, 1977)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY FREDERICK, Appellant.—Judgment (resentence), Supreme Court, New York County, rendered on June 27, 1975, unanimously affirmed. Appeal from judgment of said court rendered on March 7, 1975 unanimously dismissed as moot. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur— Stevens, P. J., Murphy, Birns, Silverman and Lynch, JJ.

■ SAM DACHOWITZ, Respondent, v 7–15 WEST 87TH STREET REALTY CORP. et al., Appellants.—Judgment, Supreme Court, New York County, entered on March 3, 1976, unanimously affirmed for the reasons stated by Mertens, J., at Trial Term. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Murphy, Birns, Silverman and Lynch, JJ.

■ In the Matter of ALLSTATE INSURANCE COMPANY, Respondent, v RONALD SEDER, Appellant.—Judgment, Supreme Court, Bronx County, entered on July 30, 1976, unanimously affirmed, without costs and without disbursements, for the reasons stated by Helman, J., at Special Term. Concur—Kupferman, J. P., Birns, Capozzoli, Nunez and Lynch, JJ.

■ DALE MACNAIR, Appellant, v 45 POPHAM ASSOCIATES, Defendant and Third-Party Plaintiff-Respondent. HERK ELEVATOR COMPANY, INC., Third-Party Defendant-Respondent.—Judgment, Supreme Court, Bronx County, entered on November 14, 1975, unanimously affirmed for the reasons stated by Spector, J., at Trial Term, without costs and without disbursements. Concur—Lupiano, J. P., Capozzoli, Lane, Markewich and Lynch, JJ.

■ In the Matter of the Estate of THEODORA W. MCNAMARA, Deceased. WALTER F. WOOD, JR., et al., Appellants; WARREN S. ADAMS, 2ND, Respondent.—Decree, Surrogate's Court, New York County, entered on August 6, 1976, unanimously affirmed for the reasons stated by Midonick, S., without costs and without disbursements. Concur—Lupiano, J. P., Capozzoli, Lane, Markewich and Lynch, JJ.